UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GENERAL SECURITY, INC.,

Plaintiff,

-against-

VIGILANT SOLUTIONS, INC.

Defendant.

Docket No. 19-cv-03270
(SJF) (AYS)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this matter, and all claims and counterclaims that could have been asserted based upon or arising out of the events of the complaint or the filing of this action, are hereby dismissed with prejudice, without costs or attorneys' fees to any party as against another.

1

**IT IS FURTHER STIPULATED AND AGREED** that a fax or electronic copy of this

stipulation shall have the same force and effect as an original.

**KILPATRICK TOWNSEND & STOCKTON LLP**
*Attorneys for Defendant*
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
(214) 583-7400

By: _____
    Timothy E. Taylor

**SOKOLOFF STERN LLP**
*Attorneys for Plaintiff*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 190029

By: _____
    Adam I. Kleinberg

**So Ordered:**

_____
U.S.D.J.